1  JENNIFER WILLIS ARLEDGE, ESQ.
   Nevada Bar No. 8729
2  SGRO & ROGER
3  720 South Seventh Street, 3rd Floor
   Las Vegas, Nevada 89101
4  Telephone: (702) 384-9800
   Facsimile: (702) 665-4120
5  jarledge@sgroandroger.com
6  mbrunet@sgroandroger.com
   *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY P. SGRO, an individual, | Case No.: 2:21-cv-01101-JAD-DJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER** |
| BLACK WOLF MOVING NEVADA, LLC, a Domestic Limited Liability Company; and ROE Corporations I through X, inclusive, | |
| Defendants. | |

COMES NOW, Plaintiff ANTHONY P. SGRO, by and through his attorneys of record, JENNIFER WILLIS ARLEDGE, ESQ., of the law firm of SGRO & ROGER, and DAVID B. AVAKIAN, ESQ. of the law firm of LEWIS BRISBOIS BISGAARD & SMITH, LLP, and hereby stipulate and agree that the time for Plaintiff to file a response to Defendant's Motion to

/ / /

/ / /

/ / /

/ / /

Dismiss [Doc. No. 8] shall be extended fourteen (14) days, from July 2, 2021 until July 16, 2021, as the parties attempt to resolve this matter.

IT IS SO STIPULATED.

Dated this 1st of July, 2021.

LEWIS BRISBOIS BISGAARD
& SMITH, LLP


 /s/ David B. Avakian
DAVID B. AVAKIAN, ESQ.
Nevada Bar No. 009502
6385 Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant
Black Wolf Moving, Nevada, LLC

Dated this 1st of July, 2021.

SGRO & ROGER


/s/ Jennifer W. Arledge
JENNIFER WILLIS ARLEDGE, ESQ.
Nevada Bar No. 8729
720 S. 7th Street, 7th Floor
Las Vegas, Nevada 89101
Attorneys for Plaintiff Anthony P. Sgro

**ORDER**

IT IS SO ORDERED.

DATED: July 2, 2021

_____
U. S. MAGISTRATE JUDGE