1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   DAVID B. AVAKIAN
2  Nevada Bar No. 009502
   David.Avakian@lewisbrisbois.com
3  6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
4  Telephone: 702.893.3383
   Facsimile: 702.893.3789
5  *Attorneys for Defendant Black Wolf Moving Nevada, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| Anthony P. Sgro, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Black Wolf Moving Nevada, LLC, a domestic limited liability company; and Roe Corporations I through X, inclusive,<br><br>Defendant. | Case No. 2:21-cv-01101<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>ECF Nos. 8, 11 |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff ANTHONY P. SGRO and Defendant BLACK WOLF MOVING NEVADA, LLC, by and through their respective attorneys of record, hereby notify this Court that that they have agreed to resolve this matter and have entered into a settlement agreement. Accordingly, the parties hereby stipulate to dismiss, with prejudice, the entire action and all claims set forth in Plaintiff's Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4835-4338-4049.1  Case No.

The parties further agree that they will each bear their own costs and attorney's fees.

DATED this 14th day of July, 2021.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ David B. Avakian
David B. Avakian
Attorney for Defendant

BLACK WOLF MOVING NEVADA, LLC

DATED this 14th day of July, 2021..

SGRO & ROGER

/s/ Jennifer Arledge
Jennifer Arledge, Esq.
Attorney for Plaintiff

ANTHONY P. SGRO

**ORDER**

Based on the parties' stipulation **[ECF No. 11]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The motion to dismiss **[ECF No. 8] is DENIED** as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 16, 2021